**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| PEDRO TYRONE BELL,<br><br>Plaintiff,<br><br>v.<br><br>ERIN PARKS, *et al.*,<br><br>Defendants. | Case No. 3:24-CV-00312-ART-CLB<br><br>**ORDER TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

On September 2, 2026, Defendants filed a motion for summary judgment. (ECF No. 27.) Plaintiff was given notice of the motion pursuant to the requirements of *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988), and *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998). (ECF No. 28.) To date, Plaintiff has not filed an opposition.

The Court will *sua sponte* grant Plaintiff **one** extension of time to **Monday, October 26, 2026**, to file an opposition to the motion for summary judgment. No further extensions of time shall be granted. If Plaintiff fails to file an opposition, the motion will be submitted to the Court for decision.

**IT IS SO ORDERED.**

**DATED**: September 24, 2026

**UNITED STATES MAGISTRATE JUDGE**